445 A.2d 195

Carpino, Appellant v. Prudential Property & Cas. Ins. Co.

Petition for Allowance of Appeal Denied Aug. 4, 1982.

 Argued March 17, 1980. Drew S. Dorfman, for appellant; Landon Spencer, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

The order of the lower court is affirmed.